UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOE W. MODRELL,                      1:05-cv-00619-OWW-SMS-P

        Plaintiff,           **ORDER ADOPTING FINDINGS AND RECOMMENDATION** (Doc. 5)

vs.

                                **ORDER DISMISSING CASE**

WARDEN,

        Defendants.
_____/

    Plaintiff, Joe W. Modrell ("plaintiff"), is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On September 21, 2005, the Magistrate Judge filed Findings and Recommendation herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendation were to be filed within twenty (20) days. To date, plaintiff has not filed objections thereto.[1]

//

---

[1] The United States Postal Service returned the order served on plaintiff on October 11, 2005, as undeliverable. A notation on the envelope indicated, "Return to Sender - Unclaimed; Death."

1

1  In accordance with the provisions of 28 U.S.C.
2  § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3  <u>de novo</u> review of this case.  Having carefully reviewed the
4  entire file, the Court finds the Findings and Recommendation to
5  be supported by the record and by proper analysis.
6  Accordingly, IT IS HEREBY ORDERED that:
7  1.  The Findings and Recommendation, filed September 21,
8  2005, are ADOPTED in full; and,
9  2.  This action is DISMISSED based on plaintiff's failure
10 to obey the court's order of August 15, 2005.
11 IT IS SO ORDERED.

**Dated:   November 4, 2005**          **/s/ Oliver W. Wanger**
emm0d6                                 UNITED STATES DISTRICT JUDGE